# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Edison, Andrew M. | **2. Court or Organization**<br><br>Southern District of Texas | **3. Date of Report**<br><br>10/21/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (full time) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ✔ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| **7. Chambers or Office Address** |
|---|
| 601 Rosenberg<br>Seventh Floor<br>Galveston, TX 77550 |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | University of Houston Law Center |
| 2. | Partner | Monster Investments II, L.P. |
| 3. | Partner | Monster Investments III, L.P. |
| 4. | Partner | Brasada Long-Short Equity Fund, L.P. |
| 5. | Member | TEP II FNF LLC |
| 6. | Member | MSC TEP III LLC |
| 7. | Member | MSC Weslayan LLC |
| 8. | Member | GS Borthwick LLC |
| 9. | Member | GS 29 LLC |
| 10. | Member | GS 845 Columbia LLC |
| 11. | Member | GS Kerby LLC |
| 12. | Member | MSC Columbia LLC |
| 13. | Member | GS Bryant LLC |
| 14. | Member | MSC MJ Real Estate Fund LLC |
| 15. | Partner | Five Riverway Ltd. |
| 16. | Partner | 14703 Partners Holdings LLC |

| Name of Person Reporting | Date of Report |
|---|---|
| **Edison, Andrew M.** | 10/21/2021 |

| | | |
|---|---|---|
| 17. | Partner | 14703 Partners Industries LLC |
| 18. | Partner | GS Brue LLC |
| 19. | Partner | MSC Loan LLC |
| 20. | Partner | Blackstone Energy PRN ON CL A |
| 21. | Partner | Blackstone RE Debt II LP |
| 22. | Partner | MSC II Loan LLC |
| 23. | Partner | MSC Fulshear LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔      NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | University of Houston Law Center, teaching income | $3,900.02 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ALI CLE | January 23, 2019 to January 26, 2019 | Palm Springs, CA | CLE speech at Eminent Domain and Land Valuation Litigation conference | airfare; ground/taxi; hotel; meals |
| 2. | DRI | February 6, 2019 to February 8, 2019 | Austin, TX | CLE at 2019 Product Liability Conference (with Judges Albright and Rodriguez) | airfare; ground transportation; meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wells Fargo Cash Account #1 | A | Interest | N | T | | | | | |
| 2. Wells Fargo Cash Account #2 | A | Interest | J | T | | | | | |
| 3. Investment Account #1 (H) | | | | | | | | | |
| 4. - BRK.B | | | M | T | | | | | |
| 5. - KYN | D | Dividend | L | T | | | | | |
| 6. - UTF | D | Dividend | L | T | | | | | |
| 7. - JP Morgan TR II US Gov't Money Mkt | A | Dividend | K | T | | | | | |
| 8. Investment Account #2 (H) | | | | | | | | | |
| 9. - Blckstone Energy PRN ON CL A | G | Distribution | N | T | | | | | |
| 10. - Blckstone RE Debt II LP | D | Distribution | J | T | | | | | |
| 11. Investment Account #3 (H) | | | | | | | | | |
| 12. - AES Corp. common stock | B | Dividend | L | T | | | | | |
| 13. - Alexandria Real Estate Equities Inc. REIT | B | Dividend | K | T | Sold<br>(part) | 03/07/19 | J | A | |
| 14. - Align Technology Inc. common stock | | None | M | T | Sold<br>(part) | 01/04/19 | J | | |
| 15. | | | | | Buy<br>(add'l) | 01/24/19 | K | | |
| 16. | | | | | Buy<br>(add'l) | 08/07/19 | L | | |
| 17. - Alphabet Inc. Cl A common stock | | None | M | T | Buy<br>(add'l) | 05/16/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/07/19 | L | | |
| 19. - American Mun Pwr-OH Inc. Rev. Bond | C | Interest | M | T | | | | | |
| 20. - American Tower REIT | A | Dividend | L | T | | | | | |
| 21. - American WaterWorks Inc. common stock | A | Dividend | L | T | | | | | |
| 22. - Americold Realty Trust REIT (X) | A | Dividend | L | T | Buy | 04/17/19 | K | | |
| 23. - Ansys Inc. common stock (X) | | None | M | T | Buy | 09/18/19 | L | | |
| 24. | | | | | Buy (add'l) | 11/04/19 | L | | |
| 25. Apple Inc. common stock (X) | A | Dividend | L | T | Buy | 11/04/19 | L | | |
| 26. - Brasada Long Short Equity Fund LP Ltd. Partnership | | None | O | T | | | | | |
| 27. - Brownsville PA Area Sch Dist G.O. Bond | B | Interest | | | Redeemed | 05/15/19 | K | | |
| 28. - BWX Technologies Inc. common stock | A | Dividend | M | T | Buy (add'l) | 01/04/19 | J | | |
| 29. | | | | | Buy (add'l) | 08/07/19 | L | | |
| 30. - Camino Real TX Rev Bond | D | Interest | N | T | | | | | |
| 31. - Cavco Industries common stock | | None | | | Sold | 03/07/19 | J | C | |
| 32. - Chippewa Cnty MN Gross Rev Bond | C | Interest | M | T | | | | | |
| 33. - Cintas Corp. common stock | B | Dividend | M | T | Buy (add'l) | 04/04/19 | K | | |
| 34. | | | | | Buy (add'l) | 09/17/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - CMS Energy Corp. common stock | B | Dividend | L | T | | | | | |
| 36. - Comanche Cnty OK Indpt Sch Dist Bond | D | Interest | | | Matured | 12/02/19 | M | | |
| 37. - Commercial Metals Co common stock | A | Dividend | | | Buy | 03/07/19 | J | | |
| 38. | | | | | Sold | 05/20/19 | K | E | |
| 39. - Constellation Software common stock | B | Dividend | L | T | | | | | |
| 40. - Copart Inc. common stock | | None | M | T | Buy<br>(add'l) | 01/14/19 | J | | |
| 41. | | | | | Buy<br>(add'l) | 08/07/19 | L | | |
| 42. Costco Wholesale Corp. common stock (X) | | None | L | T | Buy | 12/03/19 | L | | |
| 43. - Crown Castle Intl Corp common stock | B | Dividend | L | T | | | | | |
| 44. - Cyrus One common stock | A | Dividend | | | Sold | 04/17/19 | K | B | |
| 45. - Davenport IA G.O. Bond | D | Interest | N | T | | | | | |
| 46. - Diamondback Energy Inc. common stock | A | Dividend | | | Buy<br>(add'l) | 04/04/19 | K | | |
| 47. | | | | | Buy<br>(add'l) | 08/07/19 | L | | |
| 48. | | | | | Sold | 12/03/19 | L | | |
| 49. - Digital Realty Trust Inc. common stock | B | Dividend | | | Sold | 07/23/19 | K | | |
| 50. - EPAM Sys Inc common stock | | None | M | T | Sold<br>(part) | 03/07/19 | K | | |
| 51. | | | | | Donated<br>(part) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Buy<br>(add'l) | 07/11/19 | L | | |
| 53. | | | | | Buy<br>(add'l) | 08/07/19 | L | | |
| 54. - Equinix Inc common stock | A | Dividend | L | T | Buy<br>(add'l) | 07/23/19 | K | | |
| 55. | | | | | Buy<br>(add'l) | 11/04/19 | K | | |
| 56. - FL St Tpk Auth Rev Bond | D | Interest | N | T | | | | | |
| 57. - FLIR Systems Inc common stock | A | Dividend | | | Buy<br>(add'l) | 04/04/19 | K | | |
| 58. | | | | | Sold<br>(part) | 04/29/19 | K | A | |
| 59. | | | | | Sold | 11/01/19 | L | C | |
| 60. - Grady Cnty OK Indpt Sch Dist G.O. Bond | C | Interest | M | T | | | | | |
| 61. - Hardin Cnty KY Sch Dist Fin Corp Sch Bond | B | Interest | M | T | | | | | |
| 62. - Hecio Corp. common stock (X) | | None | L | T | Buy | 12/11/19 | L | | |
| 63. | | | | | Buy<br>(add'l) | 12/16/19 | L | | |
| 64. - Huron SD Sch Dist No 2-2 Ltd. Tax G.O. Bond | B | Interest | M | T | | | | | |
| 65. - IDACORP Inc common stock | A | Dividend | | | Sold | 04/17/19 | K | C | |
| 66. - iShares Core S&P Mid-Cap ETF | C | Dividend | | | Sold | 08/07/19 | N | F | |
| 67. - iShares Core S&P Small Cap ETF | D | Dividend | O | T | | | | | |
| 68. - iShares Dow Jones US Oil & Gas Ex Index ETF | B | Dividend | | | Sold | 08/07/19 | M | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | - iShares MSCI USA Quality Factor ETF | B | Dividend | | | Sold | 08/07/19 | N | F | |
| 70. | - iShares S&P Growth Index ETF | D | Dividend | N | T | | | | | |
| 71. | - iShares S&P 500 Value ETF | E | Dividend | O | T | Sold<br>(part) | 01/04/19 | K | | |
| 72. | - iShares Trust Core MSCI EAFE ETF | D | Dividend | | | Sold<br>(part) | 07/09/19 | M | | |
| 73. | | | | | | Sold | 08/07/19 | M | E | |
| 74. | - Jamestown ND Park Dist Rev Bond | C | Interest | N | T | | | | | |
| 75. | - Lindblad Expeditions Holdings Inc.<br>common stock (X) | | None | | | Buy | 03/07/19 | K | | |
| 76. | | | | | | Buy<br>(add'l) | 08/07/19 | L | | |
| 77. | | | | | | Sold | 12/03/19 | L | | |
| 78. | - Maingate MLP mutual fund | E | Dividend | N | T | | | | | |
| 79. | - MainStreet Capital Corp common stock | C | Dividend | K | T | | | | | |
| 80. | - Maricopa Cnty AZ Sch Dist #38 G.O.<br>Bond | C | Interest | N | T | | | | | |
| 81. | - Mastercard Inc. (X) | A | Dividend | M | T | Buy | 08/12/19 | L | | |
| 82. | - Matador Resources Co. common stock | | None | | | Buy<br>(add'l) | 07/02/19 | K | | |
| 83. | | | | | | Buy<br>(add'l) | 08/07/19 | L | | |
| 84. | | | | | | Sold | 09/16/19 | M | E | |
| 85. | - Microsoft Corp common stock | B | Dividend | M | T | Buy<br>(add'l) | 08/07/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Minn St Hsg Fin Agy Rev Bond #1 | C | Interest | L | T | Redeemed (part) | 01/02/19 | J | | |
| 87. | | | | | Redeemed (part) | 07/01/19 | J | | |
| 88. | | | | | Redeemed (part) | 11/01/19 | J | | |
| 89. | | | | | Redeemed (part) | 12/02/19 | J | | |
| 90.  - Minn St Hsg Fin Agy Rev Bond #2 | C | Interest | L | T | Redeemed (part) | 01/02/19 | J | | |
| 91. | | | | | Redeemed (part) | 11/01/19 | J | | |
| 92. | | | | | Redeemed (part) | 12/02/19 | J | | |
| 93.  - Minot ND Pk Dist Pk Facs Gross Rev Bond | D | Interest | M | T | | | | | |
| 94.  - Monarch Casino & Resort Inc. common stock | | None | M | T | Buy (add'l) | 05/16/19 | K | | |
| 95. | | | | | Buy (add'l) | 08/07/19 | L | | |
| 96.  - National Instruments Corp common stock | A | Dividend | | | Sold (part) | 03/07/19 | J | A | |
| 97. | | | | | Buy (add'l) | 05/16/19 | J | | |
| 98. | | | | | Sold | 11/01/19 | L | | |
| 99.  - NextEra Energy Inc common stock | D | Dividend | L | T | Buy (add'l) | 01/25/19 | K | | |
| 100.  - ONEOK Inc common stock | C | Dividend | L | T | | | | | |
| 101.  Ormat Technologies Inc. common stock (X) | A | Dividend | M | T | Buy | 03/07/19 | J | | |
| 102. | | | | | Buy (add'l) | 08/07/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  PayPal Holidngs Inc. common stock (X) | | None | | | Buy<br>(add'l) | 04/29/19 | K | | |
| 104. | | | | | Buy<br>(add'l) | 08/08/19 | L | | |
| 105. | | | | | Sold | 08/12/19 | L | | |
| 106.  - Plains GP Holdings common stock | B | Dividend | | | Sold | 05/03/19 | K | C | |
| 107.  - Public Fin Auth Wl Rev Bond | C | Interest | L | T | | | | | |
| 108.  - Quakertown PA Cmny Sch Dist G.O. Bond | D | Interest | N | T | | | | | |
| 109.  - Rexford Industrial Realty Inc REIT | B | Dividend | L | T | | | | | |
| 110.  - Salt Lake UT Met Wtr Dist Rev Bond | D | Interest | N | T | | | | | |
| 111.  - SBA Communications Corp. common stock | A | Dividend | M | T | Buy<br>(add'l) | 07/02/19 | K | | |
| 112. | | | | | Buy<br>(add'l) | 08/07/19 | K | | |
| 113. | | | | | Buy<br>(add'l) | 11/04/19 | L | | |
| 114.  - Schwab US Dividend Equity ETF | E | Dividend | O | T | | | | | |
| 115.  - Sempra Energy common stock | A | Dividend | L | T | Buy | 04/17/19 | K | | |
| 116.  - Sioux City IA G.O. Bond | C | Interest | M | T | | | | | |
| 117.  - South Dakota St Health & Educ Rev Bond | D | Interest | M | T | | | | | |
| 118.  - SPDR Barclays 1-3 Month T-Bill ETF | C | Dividend | M | T | Buy<br>(add'l) | 01/04/19 | L | | |
| 119. | | | | | Sold<br>(part) | 01/08/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 01/24/19 | K | | |
| 121. | | | | | Buy (add'l) | 03/07/19 | L | | |
| 122. | | | | | Sold (part) | 03/25/19 | K | | |
| 123. | | | | | Buy (add'l) | 04/04/19 | K | | |
| 124. | | | | | Sold (part) | 04/29/19 | K | A | |
| 125. | | | | | Buy (add'l) | 05/20/19 | K | | |
| 126. | | | | | Buy (add'l) | 05/30/19 | K | | |
| 127. | | | | | Sold (part) | 06/11/19 | K | | |
| 128. | | | | | Buy (add'l) | 06/12/19 | J | | |
| 129. | | | | | Buy (add'l) | 07/11/19 | K | | |
| 130. | | | | | Sold (part) | 07/23/19 | L | | |
| 131. | | | | | Buy (add'l) | 08/07/19 | M | | |
| 132. | | | | | Buy (add'l) | 09/17/19 | L | | |
| 133. | | | | | Sold (part) | 09/18/19 | L | | |
| 134. | | | | | Sold (part) | 09/23/19 | J | | |
| 135. | | | | | Sold (part) | 09/30/19 | J | | |
| 136. | | | | | Buy (add'l) | 10/08/19 | N | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 11/04/19 | L | | |
| 138. | | | | | Sold (part) | 11/04/19 | N | | |
| 139. | | | | | Sold (part) | 12/11/19 | L | | |
| 140. | | | | | Sold (part) | 12/16/19 | K | | |
| 141.   - SPDR S&P Regional Banking ETF | B | Dividend | | | Buy (add'l) | 01/30/19 | K | | |
| 142. | | | | | Sold | 08/07/19 | M | | |
| 143.   - Sun Communities Inc common stock | B | Dividend | L | T | Sold (part) | 01/04/19 | J | A | |
| 144.   - TD Ameritrade Money Market Fund | A | Dividend | K | T | | | | | |
| 145.   - Teledyne Technologies Inc. common stock (X) | | None | M | T | Buy | 04/29/19 | K | | |
| 146. | | | | | Buy (add'l) | 08/07/19 | L | | |
| 147.   - Tyler Technolgies common stock (X) | | None | M | T | Buy | 01/24/19 | K | | |
| 148. | | | | | Buy (add'l) | 08/07/19 | L | | |
| 149.   - Valley View PA SCh Dist G.O. Bond | B | Interest | M | T | | | | | |
| 150.   - Vanguard Muni Bond Tax-Exempt ETF (X) | B | Dividend | N | T | Buy | 07/09/19 | M | | |
| 151. | | | | | Buy (add'l) | 09/23/19 | K | | |
| 152. | | | | | Buy (add'l) | 12/02/19 | M | | |
| 153.   - Vertex Pharmaceuticals Inc. common stock (X) | | None | L | T | Buy | 12/03/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. - VICI Properties Inc. common stock (X) | B | Dividend | L | T | Buy | 06/11/19 | K | | |
| 155. - Virginia St Pub Bldg Auth Pub Rev Bond | C | Interest | M | T | | | | | |
| 156. -- Wagoner Cnty OK Indpt Sch Dist G.O. Bond | C | Interest | | | Matured | 08/01/19 | L | | |
| 157. -- Wallenpaupack PA Area Sch Dist G.O. Bond | B | Interest | M | T | | | | | |
| 158. Waste Connections Inc New common stock | A | Dividend | M | T | Buy (add'l) | 08/07/19 | L | | |
| 159. - Williston ND G.O. Bond | B | Interest | M | T | | | | | |
| 160. - XPO Logistics Inc. common stock | | None | | | Buy (add'l) | 01/04/19 | J | | |
| 161. | | | | | Sold | 03/07/19 | K | | |
| 162. - Zoetis Inc. common stock (X) | A | Dividend | M | T | Buy (add'l) | 01/04/19 | J | | |
| 163. | | | | | Buy (add'l) | 07/23/19 | K | | |
| 164. | | | | | Buy (add'l) | 08/07/19 | L | | |
| 165. | | | | | Buy (add'l) | 11/04/19 | L | | |
| 166. Rental Property, Snowmass, CO. (50 percent interest) | E | Rent | N | W | | | | | |
| 167. Rental Property, Parcel #1 Houston, TX (50 percent interest) | E | Rent | N | W | | | | | |
| 168. Rental Property, Parcel #2 Houston, TX (50 percent interest) | E | Rent | M | W | | | | | |
| 169. Rental Property, Parcel #3 Houston, TX (50 percent interest) | E | Rent | N | W | | | | | |
| 170. Rental Property, Parcel #4 Houston, TX 50 percent interest) | E | Rent | N | W | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. Note -- Dan Riley Colorado loan | E | Interest | N | T | | | | | |
| 172. Note -- Dan Riley W. Pierce loan | E | Interest | M | T | | | | | |
| 173. Note -- Dan Riley 901 W. 15 1/2 Street loan (#1) | D | Interest | L | T | | | | | |
| 174. Note -- Dan Riley 901 W. 15 1/2 Street loan (#2) | E | Interest | M | T | | | | | |
| 175. Note -- Dan Riley Wister | E | Interest | M | T | | | | | |
| 176. Note -- Dan Riley Allston | D | Interest | N | T | | | | | |
| 177. 529 Michigan Educ. Savings Plan (Moderate Age-Based Option 15) | | None | M | T | | | | | |
| 178. 529 Utah Educ. Savings Plan (Age-Based Moderate) | | None | N | T | | | | | |
| 179. TEP II FNF LLC | D | Distribution | M | W | | | | | |
| 180. MSC TEP III LLC | A | Distribution | M | W | | | | | |
| 181. MSC Weslayan LLC | | None | O | W | | | | | |
| 182. GS Borthwick LLC | E | Distribution | L | W | | | | | |
| 183. GS 29 LLC | D | Distribution | L | W | | | | | |
| 184. GS 845 Columbia LLC | C | Distribution | M | W | | | | | |
| 185. GS Kerby LLC | E | Distribution | M | W | | | | | |
| 186. MSC Columbia LLC | E | Distribution | M | W | | | | | |
| 187. GS Bryant LLC | E | Distribution | M | W | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  MSC MJ Real Estate Fund LLC | G | Distribution | N | W | | | | | |
| 189.  GS Brue LLC | G | Distribution | N | W | | | | | |
| 190.  MSC Loan LLC | E | Distribution | M | W | | | | | |
| 191.  MSC Loan II LLC (X) | D | Distribution | M | W | Buy | 07/29/19 | M | | |
| 192.  MSC Fulshear LLC (X) | | None | M | W | Buy | 01/17/19 | M | | |
| 193.  14703 Partners Holdings LLC | | None | K | W | | | | | |
| 194.  14703 Partners Industries LLC | | None | L | W | | | | | |
| 195.  Five Riverway Ltd. | D | Distribution | L | W | | | | | |
| 196.  IRA #1 (H) | | | | | | | | | |
| 197.  - SPY | | None | J | T | | | | | |
| 198.  - KYN | A | Dividend | J | T | | | | | |
| 199.  - DVN | A | Dividend | J | T | | | | | |
| 200.  - cash with Ameritrade | | None | J | T | | | | | |
| 201.  IRA #2 (H) | | | | | | | | | |
| 202.  - Align Technology Inc. common stock | | None | | | Sold | 08/21/19 | K | | |
| 203.  - Alphabet Inc common stock | | None | K | T | | | | | |
| 204.  - Amazon.com Inc common stock | | None | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. - Ball Corp. (X) | A | Dividend | K | T | Buy | 08/21/19 | K | | |
| 206. - Bank of America Corp common stock | A | Dividend | K | T | Buy<br>(add'l) | 08/21/19 | K | | |
| 207. - BlackRock Inc common stock | A | Dividend | | | Sold | 08/21/19 | K | C | |
| 208. - Caterpillar Inc common stock | A | Dividend | | | Sold | 08/21/19 | K | D | |
| 209. - Columbia Sportswear Co sommon stock | A | Dividend | K | T | | | | | |
| 210. - Costco Wholesale Corp common stock | B | Dividend | K | T | | | | | |
| 211. - Cullen Frost Bankers common stock | A | Dividend | | | Sold | 08/21/19 | K | | |
| 212. - Devon Energy Corp common stock | A | Dividend | | | Sold | 08/21/19 | K | | |
| 213. - Diamondback Energy Inc common stock | A | Dividend | K | T | | | | | |
| 214. - Domino's Pizza Inc common stock | A | Dividend | | | Sold | 08/21/19 | K | | |
| 215. - EOG Resources Inc common stock | A | Dividend | K | T | | | | | |
| 216. - Everbridge Inc. common stok (X) | | None | K | T | Buy | 08/21/19 | K | | |
| 217. - Facebook Inc common stock | | None | K | T | | | | | |
| 218. - Generac Holdings Inc. common stock (X) | | None | K | T | Buy | 08/21/19 | K | | |
| 219. - Home Depot Inc common stock (X) | A | Dividend | K | T | | | | | |
| 220. - Honeywell International common stock | A | Dividend | K | T | | | | | |
| 221. - Huntington Ingalls Industries Inc common<br>stock | A | Dividend | | | Sold | 08/21/19 | K | C | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  - IAC Interactive Corp. common stock (X) | | None | K | T | Buy | 08/21/19 | K | | |
| 223.  - IDEXX Labs Corp common stock | | None | K | T | Buy<br>(add'l) | 10/03/19 | J | | |
| 224.  - Intuit Inc common stock | A | Dividend | K | T | | | | | |
| 225.  - Live Nation Inc common stock | | None | K | T | | | | | |
| 226.  - Lockheed Martin Corp common stock | A | Dividend | K | T | | | | | |
| 227.  - Maingate MLP Mutual Fund | B | Dividend | K | T | | | | | |
| 228.  - Martin Marietta Materials Inc. common stock | A | Dividend | K | T | | | | | |
| 229.  - Microchip Technology Inc commons stock | A | Dividend | K | T | | | | | |
| 230.  - Microsoft Corp common stock | A | Dividend | K | T | | | | | |
| 231.  - National Beverage Corp common stock | A | Dividend | | | Sold | 05/20/19 | J | | |
| 232.  - Northrop Grumman Corp common stock | A | Dividend | K | T | | | | | |
| 233.  - PayPal Holdings Inc common stock | | None | K | T | | | | | |
| 234.  - Resmed Inc. common stock | A | Dividend | K | T | | | | | |
| 235.  - Schlumberger Ltd. common stock | A | Dividend | | | Sold | 05/17/19 | J | | |
| 236.  - Schwab Charles Corp common stock | A | Dividend | | | Sold | 10/03/19 | K | C | |
| 237. SPDR Barclays Capital Convertible Sec ETF (X) | A | Dividend | K | T | Buy | 08/21/19 | K | | |
| 238. | | | | | Sold<br>(part) | 10/03/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. - Splunk Inc. common stock (X) | | None | K | T | Buy | 10/03/19 | K | | |
| 240. - Stryker Corp common stock | A | Dividend | K | T | | | | | |
| 241. - TD Ameritrade Money Market fund | | None | J | T | | | | | |
| 242. - UnitedHealth Group Inc common stock | A | Dividend | K | T | | | | | |
| 243. - VISA Inc common stock | A | Dividend | K | T | | | | | |
| 244. IRA #3 (H) | | | | | | | | | |
| 245. - iShares Core S&P Small Cap ETF | A | Dividend | | | Sold | 07/24/19 | J | B | |
| 246. - iShares S&P 500 Value ETF | A | Dividend | | | Sold | 07/24/19 | J | B | |
| 247. - TD Ameritrade Money Market Fund | A | Dividend | J | T | | | | | |
| 248. - Vanguard FTSE Developed Markets ETF | A | Dividend | | | Sold | 07/24/19 | J | A | |
| 249. - Vanguard Total Stock Market ETF ETF | A | Dividend | | | Sold | 07/24/19 | J | A | |
| 250. - ETFMG Prime Mobile Payments (X) | A | Dividend | J | T | Buy | 07/24/19 | J | | |
| 251. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 252. - First Trust Mid-Cap Growth AlphaDEX ETF (X) | A | Dividend | J | T | Buy | 07/24/19 | J | | |
| 253. | | | | | Buy<br>(add'l) | 12/10/19 | J | | |
| 254. - ProShares S&P 500 Dividend Aristocrats ETF (X) | A | Dividend | J | T | Buy | 07/24/19 | J | | |
| 255. Dartmouth Donor Advised Fund | | None | N | T | Buy<br>(add'l) | 07/10/19 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256.  Monster Investment II, LP | D | Distribution | J | W | | | | | |
| 257.  Monster Investment III, LP | B | Distribution | J | W | | | | | |
| 258. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Edison, Andrew M. | 10/21/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew M. Edison**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544